

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00099-CR

_____


CURTIS LEO WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 8th Judicial District Court
Hopkins County, Texas
Trial Court No. 0819905


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Curtis Leo Williams, proceeding pro se, appeals his conviction for possession of a controlled substance, namely marihuana, in an amount more than four ounces but less than five pounds—a state jail felony. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.121(b)(3) (West 2010). The State alleged two prior felony convictions, which elevated the punishment range to a second degree felony. *See* Act of May 29, 1995, 74th Leg., R.S., ch. 318, § 1, 1995 Tex. Gen. Laws 2734, 2735 (amended 2011) (current version at TEX. PENAL CODE ANN. § 12.42 (West 2011)). In a related case, also decided today, Williams has appealed his conviction for possession of a controlled substance, namely cocaine, in an amount of more than four grams, but less than 200—a second degree felony. *See Williams v. State*, cause number 06-10-00099-CR. Williams has filed a single brief, in which he raises six issues common to both of his appeals.

We addressed these issues in detail in our opinion of this date on Williams' appeal in cause number 06-10-00098-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Jack Carter
Justice

Date Submitted: October 17, 2011
Date Decided: November 3, 2011

Do Not Publish